IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: O'connor, Douglas M<br>O'connor, Cindy S<br>Printed: 03/17/09 | Case Number: 05 B 43089<br>Judge: Wedoff, Eugene R<br>Filed: 10/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 13, 2009
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 25,950.00 | |
| Secured: | | 13,030.41 |
| Unsecured: | | 8,156.39 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,451.30 |
| Other Funds: | | 611.90 |
| Totals: | 25,950.00 | 25,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 13,030.41 | 13,030.41 |
| 6. | Resurgent Capital Services | Unsecured | 400.75 | 400.75 |
| 7. | Capital One Auto Finance | Unsecured | 73.89 | 73.89 |
| 8. | Discover Financial Services | Unsecured | 487.73 | 487.73 |
| 9. | ECast Settlement Corp | Unsecured | 2,509.07 | 2,509.07 |
| 10. | ECast Settlement Corp | Unsecured | 1,788.67 | 1,788.67 |
| 11. | ECast Settlement Corp | Unsecured | 184.55 | 184.55 |
| 12. | Capital One | Unsecured | 1,904.48 | 1,904.48 |
| 13. | Bank Of America | Unsecured | 807.25 | 807.25 |
| 14. | Bank Of America | Unsecured | | No Claim Filed |
| | | | $ 23,886.80 | $ 23,886.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 245.28 |
| 5% | 69.99 |
| 4.8% | 174.72 |
| 5.4% | 362.88 |
| 6.5% | 217.72 |
| 6.6% | 380.71 |
| | $ 1,451.30 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** O'connor, Douglas M<br>O'connor, Cindy S<br>Printed: 03/17/09 | Case Number: 05 B 43089<br>Judge: Wedoff, Eugene R<br>Filed: 10/3/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*[signature]*